# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 24, 2025

Lyle W. Cayce
Clerk

No. 24-40475
Summary Calendar

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Martin Valle,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:22-CR-17-1

_____

Before Elrod, *Chief Judge*, and Haynes, and Duncan, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Martin Valle has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Valle has not filed a response. Insofar as the pro se notice of appeal is raising a claim of ineffective assistance of counsel or that his guilty plea was made

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

under coercion or was based on an unkept promise, the record is not sufficiently developed to allow us to make a fair evaluation of Valle's claims; we therefore decline to consider these claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014); *United States v. Corbett*, 742 F.2d 173, 176-78 & n.11 (5th Cir. 1984).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.